**Melvin H. TEPHABOCK, Petitioner,**

v.

**LAUREL RUN MINING COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 00–1993.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 23, 2001.

Decided March 13, 2001.

James Hook, Waynesburg, PA, for petitioner. William S. Mattingly, Jackson & Kelly, P.L.L.C., Morgantown, WV; Henry L. Solano, Solicitor of Labor, Donald S. Shire, Associate Solicitor, Christian P. Barber, for Appellate Litigation, Sarah M. Hurley, United States Department of Labor, Washington, DC, for respondents.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Melvin H. Tephabock seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Tephabock v. Laurel Run Mining Co.,* No. 99–480–BLA (BRB June 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*